DADDY SUB III, INC.
2639 West Vliet Street
Milwaukee, WI 53205
          Plaintiff,

   -vs-

UNITED STATES OF AMERICA,

BROOKE ROLLINS, in her capacity as
Secretary of the U.S. Department
of Agriculture.
400 Independence Avenue, S.W.
Washington, DC 20250
          Defendant.

Case No. 26-cv-1277

## COMPLAINT

### I.    Nature of Action

1. Plaintiff brings this case pursuant to 7 U.S.C. § 2023. Plaintiff is requesting judicial review of an adverse decision permanently disqualifying Plaintiff from the Supplemental Nutrition Assistance Program ("SNAP").

2. Pursuant to 7 U.S.C. § 2023(a)(15), the Plaintiff requests a de novo review of the validity of the administrative action in this matter.

### II.    Jurisdiction and Venue

3. This Court had jurisdiction under 7 U.S.C. § 2023(a)(13), 28 U.S.C.§ 1331 and 28 U.S.C. § 1346.

4.  Venue is proper in the Eastern District of Wisconsin because Plaintiff conducts business within the District and the challenged administrative action affects Plaintiff's business located within this District.

### III.  Parties

5.  Plaintiff Daddy Sub III, Inc. is a Wisconsin Corporation with a principal place of business located at 2639 W. Vliet Street in Milwaukee, Wisconsin.

6.  Pursuant to 7 U.S.C. 2023(a)(13) the United States of America is the proper Defendant in this action. The United States Department of Agriculture issued the challenged administrative decision.

7.  Brook Rollins is the Secretary of the United States Department of Agriculture.

### IV.  Factual Allegations

8.  Plaintiff was authorized to accept SNAP benefits on February 3, 2020.

9.  On January 8, 2026, the USDA charged Plaintiff with trafficking, as defined by Section 271.2 of the SNAP regulations.

10. Following its investigation, the Food and Nutrition Administration ("FNA") alleged that Plaintiff violated SNAP regulations by engaging in trafficking and/or other prohibited transactions.

11. Plaintiff, through counsel, timely responded to the charge letter on January 18, 2026. and denied the allegations.

12. FNA nevertheless issued a determination permanently disqualifying Plaintiff from participation in SNAP in a letter dated March 2, 2026.

2

13. Plaintiff timely sought administrative review pursuant to 7 U.S.C. § 2023 in a letter dated March 12, 2026.

14. The Administrative Review Officer affirmed the permanent disqualification in a decision dated June 23, 2026. The decision was delivered to the Plaintiff on the same date. A copy of the decision is attached to this Complaint as Exhibit A.

15. The administrative review decision constitutes the final agency determination.

16. Plaintiff timely files this civil action within the period prescribed by 7 U.S.C. § 2023.

## V. Claim for Relief

17. Plaintiff incorporates by reference paragraphs 1 through 16.

18. Plaintiff denies that it engaged in SNAP trafficking or any other violation warranting permanent disqualification.

19. The factual conclusions reached by FNA are erroneous.

20. The transaction data relied upon by FNA are insufficient to establish trafficking.

21. The administrative decision improperly relied upon statistical inferences and transaction patterns without competent evidence establishing actual trafficking.

22. Plaintiff maintained policies and procedures designed to comply with SNAP regulations.

23. Plaintiff did not knowingly redeem SNAP benefits for cash or engage in any prohibited exchange.

24. Plaintiff is entitled to a trial de novo in which the Court independently determines whether the alleged violations occurred.

25. If the Court determines any violation occurred, the permanent disqualification imposed is excessive under the circumstances and should be vacated or modified as authorized by law.

## **RELIEF SOUGHT**

1. Reverse the decision of the Department.

2. Grant further relief as is just and equitable.

Dated at Milwaukee, Wisconsin this 21st day of July, 2026.

AHMAD & GUERARD, LLP
Attorneys for Plaintiff

By:     *Electronically signed by Jeffrey J. Guerard*
Jeffrey J. Guerard
State Bar No. 1064335

Ahmad & Guerard, LLP
7701 W Barnard Ave
Greenfield, WI 53220
(414) 455-7707
jguerard@law-ag.com

4